**W. J. Edelbrock and Henry E. Edelbrock, appellees, v. Alva Rexroat, appellant. Gen. No. 7,672.**

Assumpsit on note, brought by assignees. Judgment for plaintiffs. Appeal from the Circuit Court of Morgan county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed January 10, 1924.

Templeman & Templeman, for appellant. Carl E. Robinson, for appellees.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**Anna Dudden, appellee, v. W. D. Knapp and Neal Kommers, appellants. Gen. No. 7,674.**

Trover for value of automobile. Judgment for plaintiff. Appeal from the Circuit Court of Tazewell county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

James P. St. Cerny and W. J. Reardon, for appellants; Celia M. Weaver, of counsel. Dunkelberg & Rust, for appellee; Prettyman, Velde & Prettyman, of counsel.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**V. E. Meeker, appellee, v. Harry Gross, appellant. Gen. No. 7,679.**

Suit to settle title to gasoline filling station and attachments, claimed by defendant under execution for rent and by plaintiff under chattel mortgage. Judgment for plaintiff. Appeal from the County Court of Clark county; the Hon. H. M. Janney, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Arthur Poorman, for appellant. John J. Arney, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**G. H. Post, appellee, v. Harvey C. Miller and Mrs. M. J. Miller, appellants. Gen. No. 7,681.**

Action on note. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. James S. Baldwin, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded with directions. Opinion filed January 10, 1924.

S. S. Clapper and Redmon, Hogan & Redmon, for appellants. Wiley & Morey, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

**John H. Sullivan, administrator of the estate of Nina R. Quirk, deceased, appellee, v. Arcola State Bank of Arcola and T. E. Lyons et al., appellants. Gen. No. 7,684.**

Action under Administration Act to obtain possession of goods, chattels and money seized by bank to cover moneys embezzled. Order granted for return of property claimed, but authorizing retention of money. Appeal from the Circuit Court of Douglas county; the Hon. George A. Sentel, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Craig & Craig, for appellants. John H. Chadwick, for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.